IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SINO STAR GLOBAL LTD., *Plaintiff*, v. REMARKABLE AS, *Defendant*. | Civil Action No. 4:22-cv-00067-ALM<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Sino Star Global Ltd. ("Plaintiff") and Defendant reMarkable AS ("Defendant") have reached an agreement in principle that resolves all matters in the controversy between them in the above-entitled and numbered action. The parties expect to jointly file a dismissal with prejudice of all claims between them within 30 days. Accordingly, the parties respectfully request the Court stay all pending deadlines between them for 30 days, up to and including December 8, 2022. Plaintiff and Defendant request this stay, not for the purposes of any delay, but so that they may finalize and file dismissal papers without incurring additional expenses.

Dated: November 8, 2022

| | |
|---|---|
| DEVLIN LAW FIRM LLC | FENWICK & WEST LLP |
| | |
| */s/  James M. Lennon* | */s/ Bryan A. Kohn* |
| James M. Lennon | Bryan A. Kohm, CSB No. 233276 |
| 1526 Gilpin Avenue | FENWICK & WEST LLP |
| Wilmington, DE 19806 | 555 California Street, 12th Fl. |
| Telephone: (302) 449-9010 | San Francisco, CA  94104 |
| tdevlin@devlinlawfirm.com | Telephone: (415) 875-2300 |
| jlennon@devlinlawfirm.com | Email: bkohm@fenwick.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Sino Star Global Ltd. | reMarkable AS |

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on November 8, 2022 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                */s/ James M. Lennon*
                                                James M. Lennon